# United States Court of Appeals

### For the Seventh Circuit
### Chicago, Illinois 60604

November 14, 2006

**Before**

Hon. Ilana Diamond Rovner, *Circuit Judge*

Hon. Terence T. Evans, *Circuit Judge*

Hon. Diane S. Sykes, *Circuit Judge*

No. 05-4516

| | |
|---|---|
| GEORGIA ERICKSON, <br> *Plaintiff-Appellee*, <br><br> *v.* <br><br> WISCONSIN DEPARTMENT OF CORRECTIONS, <br> *Defendant-Appellant*. | Appeal from the United States District Court for the Western District of Wisconsin. <br><br> No. 04 C 265 <br><br> Barbara B. Crabb, <br> *Chief Judge*. |

## ORDER

The slip opinion of this court issued on November 14, 2006, is amended as follows:

On page 1, the caption is corrected to reflect Georgia Erickson as the Plaintiff-Appellee and the Wisconsin Department of Corrections as the Defendant-Appellant.